IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PIERRO L. JACKSON | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3-05-CV-0563-N |
| | § | |
| STATE OF TEXAS | § | |
| | § | |
| Respondent. | § | |

## FINDINGS AND RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

Petitioner Pierro L. Jackson, appearing *pro se*, has filed a motion to dismiss this mandamus action. Fed. R. Civ. P. 41(a)(1) provides that "an action may be dismissed by the plaintiff . . . by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs . . ." FED R. CIV. P. 41(a)(1). This case was filed on March 21, 2005. Respondent has not been served with process or entered an appearance. Therefore, petitioner should be permitted to dismiss his complaint.

### RECOMMENDATION

Petitioner's motion to dismiss should be granted and this action should be dismissed without prejudice.

DATED: May 13, 2005.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE