IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PIERRO L. JACKSON | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3-05-CV-0563-N |
| | § | |
| STATE OF TEXAS | § | |
| | § | |
| Respondent. | § | |

**ORDER**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge, I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby adopted as the Findings of the Court.

SIGNED June 14, 2005.

_____
UNITED STATES DISTRICT JUDGE